Evelyn Daves Alfred
710 Mare Island Way
Vallejo CA 94590
707-917-0870

**FILED**
OCT 31 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Evelyn Davis Alfred
vs
City of Vallejo & Vallejo Police Department
&
Sherriff officer Dale Matsuoka

Motion to file TRO Ex Parte

Ev Al    10/31/24

AO 72
(Rev. 8/82)