VERONICA A.F. NEBB
City Attorney, SBN 140001
**BY: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:   (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
ERRONEOUSLY NAMED AS VALLEJO POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02993-DJC-AC<br><br>**DEFENDANT CITY OF VALLEJO'S STATUS REPORT** |

The Court issued the November 1, 2024 order (Docket No. 5) requiring the Defendants in the above-captioned case to inform the Court whether certain events occurred.

**Defendant City of Vallejo responds as follows:**

The City is specially appearing in this matter to comply with the Court's order. The City has not been formally served in this matter.

<u>City's Response to Evelyn Davis Alfred's Request for a Reasonable Accommodation</u>

The City received Evelyn Davis Alfred's request for a reasonable accommodation on October 30, 2024. On October 31, 2024, Natalie Peterson (Assistant to the City Manager) called and left a message informing Ms. Alfred that the City had granted her request, and that the City would delay the removal of her encampment until December 2, 2024. The message was left on the number that Ms. Alfred provided on her reasonable accommodation form.

On November 1, 2024 at approximately 9:15 a.m., Natalie Peterson spoke with Ms. Alfred at her campsite on or near 710 Mare Island Way, Vallejo, California; and informed her that the City would delay removal of her encampment until December 2, 2024. Ms. Peterson also informed Ms. Alfred that the City would provide a future notice, prior to the December 2, 2024 removal date.

DATED: November 1, 2024          Respectfully submitted,

*/s/ Hampton A. Jackson*
HAMPTON A. JACKSON
Assistant City Attorney
City of Vallejo