**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
ERRONEOUSLY NAMED AS VALLEJO POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED, | Case No. 2:24-cv-02993-DJC-AC |
| Plaintiff, | **DECLARATION OF HAMPTON A. JACKSON IN SUPPORT OF DEFENDANT'S STATUS REPORT** |
| vs. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

I, Hampton A. Jackson, declare and state:

1. I am an attorney-at-law licensed to practice in the State of California and admitted or otherwise authorized to practice in this court. I am an Assistant City Attorney in the Vallejo City Attorney's Office. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so.

2. The City of Vallejo ("City") is specially appearing in this matter to comply with the Court's order. The city has not been formally served in this matter. Although a courtesy notification was provided by the Court (the City received an email from the Court at 1:22 p.m.

1  on November 1, 2024) regarding the above-captioned matter, the City has not been served with
2  the Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Preliminary
3  Injunction.

4      3.    Pursuant to Local Rule 231, Plaintiff failed to provide the City with actual or
5  appropriate notice of her intention to seek a temporary restraining order. Plaintiff's email to City
6  staff on October 31, 2024, did not include the date and time of the requested hearing or a copy of
7  her application for a temporary restraining order. Further, Plaintiff did not notice the City of the
8  specific time and location as set by the Court.

9      4.    A true and correct copy of Plaintiff's October 31, 2024, email is attached as
10  **Exhibit "A"**.

11  I declare under penalty of perjury under the laws of the State of California that the
12  foregoing is true and correct.

13  Executed on this 1st day of November 2024, at Vallejo, California.

15                                */s/ Hampton A. Jackson*
16                                HAMPTON A. JACKSON
                              Assistant City Attorney
17                                City of Vallejo

# EXHIBIT A

## TO DECLARATION OF HAMPTON A. JACKSON

**From:** Vallejo Homeless Union <vallejo.homeless.union@gmail.com>
**Sent:** Thursday, October 31, 2024 12:42 PM
**To:** Veronica Nebb <Veronica.Nebb@cityofvallejo.net>; DPMatsuoka@solanocounty.com
**Cc:** Natalie Peterson <Natalie.Peterson@cityofvallejo.net>; Andrew Murray <Andrew.Murray@cityofvallejo.net>
**Subject:** FRCP65b(B) Notice from Evelyn Davis Alfred

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Vallejo City Attorney Veronica Nebb and Dale Matsuoka,

This is Evelyn Davis Alfred. I am the woman who currently resides at 710 Mare Island Way. I am using this email address because I do not have internet access or an email address of my own.

Under Federal Rules of Civil Procedure 65b(B), I am using this email address to inform you that I am filing a motion for TRO and preliminary injunction in US District Court today to enjoin the impending eviction against me that is scheduled to take place on 11/01/2024 at my residence.

Impacted parties:

myself, the Plaintiff:

- Evelyn Davis Alfred

and the Defendants:

- The City of Vallejo
- Dale Matsuoka
- The Vallejo Police Department

Very Truly yours,
Evelyn Davis Alfred