VERONICA A.F. NEBB
City Attorney, SBN 140001
**BY:  HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO,
ERRONEOUSLY NAMED AS VALLEJO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN DAVIS ALFRED,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02993-DJC-AC<br><br>**DECLARATION OF NATALIE PETERSON IN SUPPORT OF DEFENDANT'S STATUS REPORT** |

I, Natalie Peterson, declare and state:

1. I have personal knowledge of the facts set forth herein, except where stated on information and belief, and if called to testify in court on these matters, I could do so competently.

2. I am an Assistant to the City Manager for the City of Vallejo. I have been employed with the City since August 3, 2020, and have been an Assistant to the City Manager since July 30, 2022.

3. In my position as Assistant to the City Manager, I oversee the City's various homelessness projects, including the removal or cleaning of unhoused encampments.

4. On October 29, 2024, I visited Evelyn Davis Alfred's encampment at or near 710 Mare Island Way, Vallejo, California; and provided her with a notice of trespass and property removal. I was accompanied by Administrative Analyst Flor Magallanes and Solano County Deputy Sheriff Dale Matsuoka.

5. Attached hereto as **Exhibit "A"** is a true and correct copy of the notice.

6. On October 30, 2024, the City received a copy of Ms. Alfred's request for a reasonable accommodation. On October 31, 2024, I called the number provided on Ms. Alfred's request, and left a message informing Ms. Alfred that the City would grant her thirty (30) day request for an extension.

7. On November 1, 2024, at approximately 9:15 a.m., I spoke with Ms. Alfred at her campsite and informed her that the City would delay removal of her campsite until December 2, 2024. I also informed Ms. Alfred that the City would provide a future notice, prior to the December 2 removal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 1st day of November 2024, at Vallejo, California.

NATALIE PETERSON
Assistant to the City Manager
City of Vallejo

# EXHIBIT A

## TO DECLARATION OF NATALIE PETERSON



# Notice of Trespass and Property & Debris Removal

647 (e) PC – Lodging in any building, structure, vehicle, or place, whether public or private, without the permission of the owner or person entitled to the possession or in control of it.

7.67.030 VMC – Unlawful camping in/on any park, street, or public property.

7.67.040 VMC – Unlawful storage of personal property or unattended property in public.

**POSTING DATE: October 29, 2024**

**LOCATION: Mare Island Way (Mare Island Causeway to Capitol Street)**

**DATE & TIME OF CLEAN-UP: November 1, 2024 (beginning at 7:00 AM)**

1. All personal property and debris are to be removed by: Thursday, October 31, 2024.

2. **Personal property left at the site will be impounded by the city** in accordance with Chapter 7.67 of Vallejo Municipal Code and Vallejo Administrative Rule 7.10.

3. Any personal property not disposed of will be stored for ninety (90) days without charge. After ninety (90) days, unclaimed property will be disposed of.

- **Personal property will be deemed finally abandoned and destroyed on: February 14, 2025.**

4. Personal property may be claimed at the following address: **2 Florida Street, Vallejo**.

- For more information, call **707-853-3839**.

5. For all personal property, the owner will be required to describe the lost item(s) to prove ownership.

The City of Vallejo will make a reasonable effort to identify all personal property left at the site, but City Staff will not open backpacks, boxes, and bags because of health and safety concerns. If personal items are left in plain view, the City of Vallejo will collect these items and store them for safekeeping for a period of not less than ninety (90) days. Food; perishables; soiled, wet, or moldy bedding materials; or items that otherwise pose a threat to public health and safety will not be stored due to health and safety reasons. Individuals wishing to reclaim personal property may contact the City Manager's Office or call 707-853-3839, Monday through Friday from 8:00 AM to 5:00 PM to schedule a date and time to claim their property.