UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ALFRED, | No. 2:24-cv-2993 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al, | |
| Defendants. | |

Plaintiff is proceeding in this case in pro se.  On November 8, 2024, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and ordered service appropriate, directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 8.  Plaintiff has not filed a statement of service. On November 22, 2024, a notation on the document was entered indicating that mail sent to plaintiff by the court had been returned as undeliverable.  The undersigned notes that pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of service documents within this timeframe will serve as cause and will discharge this order.  If plaintiff

1

fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: November 26, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2