UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN ALFRED,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>    Defendants. | No. 2:24-cv-2993 DJC AC<br><br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On February 20, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice to that any objections to the findings and recommendations were to be filed within twenty-one. ECF No. 12. No objections to the findings and recommendations have been filed.

      Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The Court has reviewed the file and finds the findings and recommendations to
2 be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS
3 HEREBY ORDERED that:
4  1.  The findings and recommendations filed February 20, 2025, are adopted in
5 full; and
6  2.  This action is dismissed, without prejudice, for lack of prosecution and for
7 failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110,
8 183(b).

  IT IS SO ORDERED.

Dated:  **May 6, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE